**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

**BOBBY D HIGGINBOTHAM**          **CIVIL ACTION NO.  3:13CV2561**

**VERSUS**                        **JUDGE JAMES**

**STATE OF LOUISIANA**            **MAGISTRATE JUDGE HAYES**


<u>**NOTICE OF MANUAL ATTACHMENT**</u>


**ATTACHMENTS TO:**      **Response to Petition for Writ of Habeas Corpus**

    **DESCRIPTION:**      **State Court Record**

    **FILED BY:**          **State of Louisiana**

    **FILE DATE:**         **10/18/2013**

*********************** **NOTICE** *********************************************

**The attached document is an *original* manual attachment provided by counsel.  Please return to the clerk's office!**

**This attachment could not be converted to electronic form.  The original will be maintained in the division of the presiding judge, until expiration of appeal delays.  Attachment sent to MONROE DIVISION.**


            **Prepared by: msy**