RECEIVED

MAR 3 1 2014

TONY R MOORE CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT LOUISIANA
BY

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

BOBBY D. HIGGINBOTHAM
    Plaintiff

CIVIL NO. 3:13-CV-2561

Vs.

JUDGE ROBERT JAMES

STATE OF LOUISIANA
    Defendant

MAG. JUDGE HAYES

-----------------------------------------------------------------------------------------------------------------

## MOTION FOR LEAVE TO FILE
## MOTION FOR ISSUANCE OF SUBPOENA
DUCES TECUM TO THE LOUISIANA LEGISLATIVE AUDITOR
TO DEPOSIT A COPY OF THE INTERVIEW BETWEEN BOBBY TRAHAN AND
ELIZABETH COOPER, MEMBER OF THE BOARD OF ALDERMEN TOWN OF
WATERPROOF DURING THE AUDIT OF THE TOWN OF WATERPROOF
IN 2008 AND/OR ANY OTHER AUDITOR WHO INTERVIEWED ELIZABETH COOPER
INTO THE RECORD OF THE CLERK OF COURT US DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA

MAY IT PLEASE THE COURT, comes Plaintiff Bobby D. Higginbotham, Pro Se and

with respect petitioning this Honorable Court to Wit:

Petitioner seeks leave of this honorable court to file a motion for the issuance of Subpoena Duces

Tecum to have certain evidence deposited into the record with the Clerk of Court U S District

Court for the Western District of Louisiana.

Therefore, petitioner moves for an order granting motion for leave.

Respectfully submitted

Bobby D. Higginbotham, Pro Se
349 Cooter Point Road
Waterproof, LA 71375
504-722-5665

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

BOBBY D. HIGGINBOTHAM　　　　　　CIVIL NO. 3:13-CV-2561
　　Plaintiff

Vs.　　　　　　　　　　　　　　　　JUDGE ROBERT JAMES

STATE OF LOUISIANA　　　　　　　　MAG. JUDGE HAYES
　　Defendant

---------------------------------------------------------------------------------------------------------------------------------------

MOTION FOR ISSUANCE OF SUBPOENA
DUCES TECUM TO THE LOUISIANA LEGISLATIVE AUDITOR
TO DEPOSIT A COPY OF THE INTERVIEW BETWEEN BOBBY TRAHAN AND
ELIZABETH COOPER, MEMBER OF THE BOARD OF ALDERMEN TOWN OF
WATERPROOF DURING THE AUDIT OF THE TOWN OF WATERPROOF
IN 2008 AND/OR ANY OTHER AUDITOR WHO INTERVIEWED ELIZABETH COOPER
INTO THE RECORD OF THE CLERK OF COURT US DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA


MAY IT PLEASE THE COURT, comes Plaintiff Bobby D. Higginbotham, Pro Se and

with respect petitioning this Honorable Court to Wit:

Petitioner is requesting that a subpoena duces tecum be issued to place the following

document(s) into the records of the Clerk of Court U S District Court for the Western District of

Louisiana:


1.　A copy of the interview between Bobby Trahan and Elizabeth Cooper, Member of the

Board of Aldermen for the Town of Waterproof in 2008 and/or any other auditor who

interviewed Elizabeth Cooper deposited into the record of the Clerk of Court U S District Court for the Western District of Louisiana.

These documents will provide some clarity and prove the statements that petitioner has been making to the courts for several years. These documents will prove that the board approved petitioner's pay raise along with theirs.

These documents were never entered into evidence primarily because petitioner was not allowed to use his counsel of choice, Karl Koch. Mr. Koch, an experience trial criminal attorney would have made sure that all discovery would have been provided and entered into the record.

Therefore, petitioner moves for an order granting motion to issue subpoena duces tecum and an evidentiary hearing.

Respectfully submitted

Bobby D. Higginbotham, Pro Se
349 Cooter Point Road
Waterproof, LA 71375
504-722-5665
318-749-5665 Fax

PLEASE SERVE

Daryl G. Purpera, CPA
Louisiana Legislative Auditor
1600 Third Street
Baton Rouge, LA 70804

## CERTIFICATION

I certify that a copy of this filing has been served upon the 6th Judicial District

Attorney for the State of Louisiana via U S Mail postage paid this 27th Day of March, 2014.

Bobby D. Higginbotham

Bobby D. Higginbotham
349 Cooter Point Road
Waterproof, LA 71375

R E C E I V E D

MAR 3 1 2014

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA
BY _____



UNITED STATES
POSTAL SERVICE

1000          71101

U.S. POSTAGE
PAID
PEARLAND, TX
77584
MAR 27, '14
AMOUNT
$0.70
00020440-03

CLERK, U S DISTRICT COURT
Western District of Louisiana
300 Fannin Street, Suite 1167
Shreveport, LA 71101

71101$3083 C020