UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| BOBBY D. HIGGINBOTHAM | CIVIL ACTION NO. 13-2561 |
| VERSUS | JUDGE ROBERT G. JAMES |
| STATE OF LOUISIANA | MAG. JUDGE KAREN L. HAYES |

**JUDGMENT**

For the reasons set forth in this Court's Ruling and those set forth in the Report and Recommendation of the Magistrate Judge [Doc. No. 31], adopted by the Court,

IT IS ORDERED, ADJUDGED, AND DECREED that Petitioner's Petition for Writ of Habeas Corpus is DENIED and DISMISSED WITH PREJUDICE.

IT IS FURTHER ORDERED that Petitioner's motions and amended motion for leave to file subpoenas duces tecum [Doc. Nos. 33, 36, 37, and 38] are DENIED.

MONROE, LOUISIANA, this 30th day of April, 2014.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE